**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INNOVATIONS4FLOORING HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-927-MN |
| v. | ) | |
| | ) | |
| MOHAWK INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWER TO DEFENDANT MOHAWK INDUSTRIES, INC.'S COUNTERCLAIMS

Plaintiff Innovations4Flooring Holding, N.V. ("I4F") files this Answer to the Counterclaims of Defendant Mohawk Industries, Inc. (hereinafter "Defendant" and/or "Mohawk"), included in Defendant's Answer, Affirmative Defenses, and Counterclaims, filed July 24, 2019 (D.I. 8), to Plaintiff's Complaint for Patent Infringement, filed May 17, 2019 (D.I. 1), as follows.

## RESPONSE TO COUNTERCLAIMS

I4F incorporates by reference the allegations in its Complaint for Patent Infringement (D.I. 1) ("Complaint") in response to each and every of Mohawk's Counterclaims.

## GENERAL DENIAL

Except as expressly admitted herein, I4F denies each and every allegation contained in Mohawk's Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Complaint for Patent Infringement (D.I. 1).

## NATURE AND BASIS OF ACTION

1. I4F admits that the Counterclaims purport to seek a declaration pursuant to the Declaratory Judgment Act that Mohawk does not infringe any valid, enforceable claim of I4F's United States Patent No. 10,053,868 (the "'868 Patent") and that the '868 Patent is invalid. I4F, however, denies that any claim of the '868 Patent is invalid or unenforceable, or that Mohawk does not infringe any valid, enforceable claim of the '868 Patent.

## PARTIES, JURISDICTION, VENUE, AND FACTUAL ALLEGATIONS

2. I4F admits the allegations of Paragraph 2.

3. I4F admits the allegations of Paragraph 3.

4. I4F admits the allegations of Paragraph 4.

5. I4F admits the allegations of Paragraph 5.

6. I4F admits the allegations of Paragraph 6.

## COUNT I
### (Declaration of Non-Infringement of the'868 Patent)

7. I4F incorporates by reference the allegations in its Complaint and its responses in paragraphs 1 through 6 above as if fully set forth herein.

8. I4F admits to the extent I4F's infringement claim remains at issue, otherwise denied.

9. I4F denies the allegations of Paragraph 9.

## COUNT II
### (Declaration of Invalidity of the '868 Patent)

10. I4F incorporates by reference the allegations in its Complaint and its responses in paragraphs 1 through 9 above as if fully set forth herein.

11. I4F admits to the extent I4F's infringement claim remains at issue, otherwise denied.

12. I4F denies the allegations of Paragraph 12.

13. I4F denies the allegations of Paragraph 13.

## PRAYER FOR RELIEF

WHEREFORE, I4F incorporates by reference the Prayer for Relief set forth in I4F's Complaint. I4F denies that Mohawk is entitled to any relief. Mohawk's prayer for relief should, therefore, be denied in its entirety, and Mohawk should take nothing.

Dated: August 14, 2019

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Plaintiff Innovations4Flooring Holding, N.V.*

**OF COUNSEL**:

John W. McIlvaine (*Pro Hac Vice* in process)
Anthony W. Brooks (*Pro Hac Vice* in process)
Daniel J. Murray (*Pro Hac Vice* in process)
**The Webb Law Firm**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburg, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094
jmcilvaine@webblaw.com
abrooks@webblaw.com
dmurray@webblaw.com